IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ARCTIC GLACIER INTERNATIONAL, ) <br> INC., ) <br> ) <br>     Debtors in a foreign ) <br>     proceeding. ) <br> _____) <br> ELDAR BRODSKI ZARDINOVSKY, ) <br> et al., ) <br> ) <br>     Appellants, ) <br> ) <br> v. ) <br> ) <br> ARCTIC GLACIER INCOME FUND, ) <br> et al., ) <br> ) <br>     Appellees. ) | Chapter 15 <br> Bk. No. 12-10605 (KG) <br><br><br><br><br><br><br><br><br><br><br> Civ. No. 16-617-SLR |

**ORDER**

At Wilmington this 18th day of August, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of the appeal is due on or before **September 23, 2016.**

2. Appellees' brief in opposition to the appeal is due on or before **October 21, 2016.**

3. Appellant's reply brief is due on or before **November 14, 2016.**

                                                                       _____
                                                                         United States District Judge